# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff<br><br>  v.<br><br>MARK F. SPANGLER<br><br>    Defendant<br><br>  and<br><br>KLJ CONSULTING, LLC, Kent L. Johnson KLJ Consulting LLC's Managing Director, General Receiver of THE SPANGLER GROUP, INC.,<br><br>    Garnishee | NO. MC 14-0039 RSL<br><br>ORDER GRANTING LEAVE TO INTERVENE |

The Court having read the Motion to Intervene of the Spangler Group Inc. Retirement Plan (Dkt. # 7), and being duly advised in its premises, it is now

ORDERED that the motion is GRANTED.  The Clerk of Court is directed to add Spangler Group, Inc. Retirement Plan as a defendant in the above-captioned matter for the limited purpose of allowing the Retirement Plan to assert that some or all of the liquidated assets currently in the possession of the Receiver should be distributed to the Retirement Plan.

ORDER GRANTING LEAVE TO INTERVENE— 1

1  Dated this 14th day of July, 2014.

[signature]

Robert S. Lasnik
United States District Judge

ORDER GRANTING LEAVE TO INTERVENE— 2