HONORABLE ROBERT S. LASNIK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff<br><br>    v.<br><br>MARK F. SPANGLER and SPANGLER FINANCIAL GROUP, INC. RETIREMENT PLAN<br><br>                    Defendants<br><br>    and<br><br>KLJ CONSULTING, LLC, Kent L. Johnson KLJ Consulting LLC's Managing Director, General Receiver of THE SPANGLER GROUP, INC.,<br><br>                    Garnishee | NO. MC 14-0039 RSL<br><br>AFFIDAVIT OF DAVID L. TUTTLE IN SUPPORT OF CORRECTED MOTION TO QUASH WRIT OF GARNISHMENT AND DISMISS WITH PREJUDICE |

David L. Tuttle, sworn on oath, declares as follows:

1. I represent the Spangler Financial Group, Inc., Retirement Plan as an attorney in the current action.

2. Attached hereto as Exhibit A is a true and accurate copy of the Order Upon Omnibus Motion to Allocated Assets and Expanses, Determine Claim and Interests, Authorize

---

AFFIDAVIT OF DAVID TUTTLE IN SUPPORT OF
CORRECTED MOTION TO QUASH WRIT
AND DISMISS W/PREJ—1
Case No. MC 14-0039 RSL

**Law Offices of**
**Mary L. Stoll**
A Professional Limited Liability Company
2033 Sixth Avenue — Suite 993
Seattle, WA  98121-2527
Telephone 206-623-2855
Fax 206-667-9805

1  Distribution and Extend Stay that was entered by the King County Superior Court on October 30,

2  2012.

3      3.    Attached hereto as Exhibit B are true and accurate copies of the relevant sections

4  of the Spangler Financial Group, Inc., Retirement Plan.

5      DATED August 6, 2014

                                s/ David L. Tuttle
                                David L. Tuttle, WSBA No. 38728
                                Law Offices of Mary L. Stoll, PLLC
                                2033 Sixth Avenue — Suite 993
                                Seattle WA  98121-2527
                                Telephone 206-623-2855
                                Fax 206-667-9805
                                Email davidt@mlstoll-law.com

AFFIDAVIT OF DAVID TUTTLE IN SUPPORT OF
CORRECTED MOTION TO QUASH WRIT
AND DISMISS W/PREJ—2
Case No. MC 14-0039 RSL

**Law Offices of**
**Mary L. Stoll**
A Professional Limited Liability Company
2033 Sixth Avenue — Suite 993
Seattle, WA  98121-2527
Telephone 206-623-2855
Fax 206-667-9805